FILED
2009 Aug-10 AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| FRANKLIN EATON, JR., WATERFRONT BUILDING SUPPLY, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE 4:09-cv-01115-RRA ) |
| PEOPLES BANK OF NORTH ALABAMA, CHARLES GRAHAM, | ) ) ) |
| Defendants. | ) |

Memorandum Opinion

The case is now before the court on the plaintiffs' motion to remand. (Doc. 7.) On July 1, 2009, the magistrate recommended that the motion be denied. (Doc. 11.) No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this the 10th day of August, 2009.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**